UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **OSVALDO COZZENS,** ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> **CORRINE STELLAR, et al.,** ) <br> ) <br> Defendants. ) | Civil Action No. 22-10933-DJC |

**ORDER**

**CASPER, J.**                                                                          **October 11, 2022**

1. Plaintiff's motion to proceed *in forma pauperis* (D. 2) is hereby ALLOWED.

2. Plaintiff's motion to appoint counsel (D. 3) is DENIED without prejudice.

3. The Clerk shall issue summonses for service of the complaint on the defendants.

4. The plaintiff must serve the defendants in accordance with Federal Rule of Civil Procedure 4 and may elect to have service made by the United States Marshals Service ("USMS"). If directed by plaintiff to do so, the USMS shall serve the summons, complaint, and this Order upon each defendant, in the manner directed by plaintiff, with all costs of service to be advanced by the USMS. It is plaintiff's responsibility to provide the USMS with all necessary paperwork and service information.

5. Notwithstanding Fed. R. Civ. P. 4(m) and Local Rule 4.1, plaintiff shall have 90 days from the date the summons issues to complete service.

**SO ORDERED.**

                                                                /s Denise J. Casper
                                                                Denise J. Casper
                                                                United States District Judge